BEFORE THE FIRST DIVISION, JUNE 6, 1941

No. 46020.—Protest 952797–G of F. W. Woolworth Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

No. 46021.—Protest 972357–G of J. L. Hudson Co. (Detroit).

Opinion by WALKER, J. It appeared that the soap contained cocoanut oil, palm oil, and tallow fat. On the record presented it was held that duty should have been assessed on the entire net weight of the soap at a rate equal to that proportion of 5 cents per pound that the weight of the cocoanut oil bears to the entire weight of the soap, plus a rate equal to that proportion of 3 cents per pound that the weight of the palm oil and tallow bears to the entire weight of the soap.